IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLEGARIO ALVARO BANUELOS, #B-74296 | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 13-cv-01148-JPG ) |
| S.A. GODINEZ, VICTOR A. DOZIER, REYNAL CALDWELL, and ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On October 21, 2013, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 in the United States District Court for the Northern District of Illinois. *See Banuelos v. I.D.O.C.*, No. 13-cv-7545 (N.D. Ill. Oct. 21, 2013) (Doc. 1). Plaintiff claims that during his incarceration at Vandalia Correctional Center the defendants violated his Eighth Amendment rights (Doc. 1). The case was opened without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs.

On November 6, 2013, the case was transferred to this Court (Doc. 5). To date, Plaintiff has not tendered payment of the $400.00 filing fee or filed a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs. The case cannot proceed at this time without one or the other.

Plaintiff is hereby **ORDERED** to provide the Court with a filing fee of $400.00 or a completed Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs within thirty (30) days of this Order (on or before January 2, 2014). If Plaintiff files a Motion

1

and Affidavit to Proceed in District Court Without Prepaying Fees or Costs, the Court must review Plaintiff's trust fund account statement for the 6 month period immediately preceding the filing of this action. Thus, Plaintiff must have the Trust Fund Officer at his facility complete the attached certification and provide a copy of his trust fund account statement (or institutional equivalent) for the period 4/1/2013 to 10/21/13. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The **CLERK** is **DIRECTED** to provide Plaintiff with a copy of the Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs.

Plaintiff is also ADVISED of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

Failure to comply with this Order may **result in dismissal** of this action for want of prosecution or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: December 3, 2013.

*s/ J. Phil Gilbert*
United States District Judge