IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OLEGARIO ALVARO BANUELOS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 13-cv-01148-JPG |
| ) | |
| **S. A. GODINEZ, VICTOR A. DOZIER,** ) | |
| **REYNAL CALDWELL, and** ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS,** ) | |
| ) | |
| **Defendants.** ) | |

## DISMISSAL ORDER

**GILBERT, District Judge:**

This matter has been pending since October 21, 2013, when Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 in the United States District Court for the Northern District of Illinois. *See Banuelos v. I.D.O.C.*, No. 13-cv-7545 (N.D. Ill. Oct. 21, 2013) (Doc. 1). The case was opened without payment of a $400.00 filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). Twice, this Court ordered Plaintiff to pay the full filing fee or file an IFP Motion, if he intended to pursue his claims (Docs. 4, 9). He was also provided with a blank IFP Form. Each time, Plaintiff was clearly warned that failure to respond by the applicable deadline would result in dismissal of the case (*Id.*).

The date to pay the fee or file an IFP Motion has passed. Plaintiff failed to take any action by the deadline, in violation of the Court's Orders (Docs. 4, 9) to do so. The Court will not allow this matter to linger indefinitely. Accordingly, this action is **DISMISSED** without prejudice for failure to comply with a Court order. FED. R. CIV. P. 41(b). *See generally*

*Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). This dismissal shall **NOT** count as a "strike" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, so the filing fee of $400.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998). Plaintiff is **ORDERED** to notify the Court if he is returned to the custody of the Illinois Department of Corrections, within 7 days of said return.

The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED: February 7, 2014

*s/ J. Phil Gilbert*
United States District Judge